UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-03780-DSR                                  Date: 07/27/2026

Title     ASTGHIK MUSAELYAN v. TODD LYONS, ET. AL.,

Present:  The Honorable:  Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

Proceedings:         (IN CHAMBERS) **ORDER REQUIRING FURTHER BRIEFING**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus and Request for Immediate Release.  The Court has reviewed the Petition (Doc. No. 1), Respondents' Answer (Doc. No. 8), and Petitioner's Reply (Doc. No. 9).  According to the allegations in the Petition, Petitioner entered the United States on or about October 24, 2021.  Pet. at ¶ 40.  Petitioner was not placed in removal proceedings until June 25, 2026, when Respondents issued Petitioner a Notice to Appear.  Id. at ¶¶ 41-47.  That same day, Petitioner was detained in the first instance by immigration officials when she voluntarily appeared for an ICE interview.  Id. at ¶¶ 55-56, 58.

The Petition also alleges, however, that prior to Petitioner's June 25th detention she was granted employment authorization by U.S. Citizenship and Immigration Services ("USCIS"), which is valid from February 5, 2025, through February 4, 2030.  Id. at ¶¶ 77-79; Exhibit "C".  Petitioner contends that her "liberty interest is strengthened by her lawful employment authorization."  Id. at ¶ 182.  Petitioner does not provide legal authority supporting the proposition that prior employment authorization, in and of itself, endows noncitizens with a protected liberty interest in their freedom.  See generally Pet.[1]

---

[1] Petitioner cites Grigoryan v. Mullin, No. 5:26-cv-01382-MSC-AS, 2026 U.S. Dist. LEXIS 77491 (C.D. Cal. Apr. 2, 2026) and Hambardzuymyan v. Lyons, No. 5:26-cv-02509-DTB, 2026 U.S. Dist. LEXIS 118146 (C.D. Cal. May 27, 2026). See Pet., Exhibits "L" and "N".  These cases discuss briefly employment authorization, but the constitutionally protected liberty interest identified in these cases stems from the government's prior release of the petitioners from immigration custody, and discussion of employment is seemingly restricted to demonstrating the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-03780-DSR                                                    Date: 07/27/2026

Title      ASTGHIK MUSAELYAN v. TODD LYONS, ET. AL.,


The parties are therefore ordered to file supplemental briefs within seven days of the date of this order to address: (1) whether Petitioner's prior employment authorization endowed her with a constitutionally protected liberty interest in her freedom, and (2) if so, whether Respondents complied with due process in revoking such an interest.  The Court will then again take the matter under submission on the basis of the supplemented briefing.

                                                                                        :
                                                         **Initials of Preparer**        LK

---

reliance of petitioners on their release by obtaining employment.  See Grigoryan, 2026 U.S. Dist. LEXIS 77491, at *7; Hambardzuymyan, 2026 U.S. Dist. LEXIS 118146, at *7-8.

---